FILE

IN ARBITRATION UNDER THE TRUST INDENTURE OF
THE GRAPHIC COMMUNICATIONS INTERNATIONAL UNION
SUPPLEMENTAL RETIREMENT AND DISABILITY FUND

---

Kurt Freeman
Union-Appointed Trustee and Arbitrator

Malcolm L. Pritzker
Management-Appointed Trustee and Arbitrator

---

PUBLICATION PRINTING

and

LOCAL 6505-M, GRAPHIC COMMUNICATIONS INTERNATIONAL UNION, AFL-CIO

---

DECISION AND AWARD

I.  **DECISION**

The undersigned, Trustees of the Graphic Communications International Union Supplemental Retirement and Disability Fund (hereinafter referred to as "the Fund"), a jointly trusteed fund, having been duly selected as an Arbitration Board to hear and resolve disputes concerning contributions to the Fund and related problems.

The instant case involved alleged delinquencies by Publication Printing(hereinafter referred to as "the Company") to the Fund. Contributions to the Fund by companies are contractually required obligations under collective bargaining agreements by and between them and various constituent Locals of the Graphic Communications International Union, AFL-CIO. Contributions to the Fund are calculated based upon a percentage of gross

EXHIBIT

A

Blumberg No. 5119

weekly wages paid to employees, as that term is defined in those agreements. The particular Local with which the Company is alleged to have such an agreement is Local 6506-M, Graphic Communications International Union, AFL-CIO (hereinafter referred to as "the Union").

A hearing was held by telephone conference call initiated by legal counsel to the Fund, O'Donnell, Schwartz & Anderson, P.C., 1900 L Street, N.W., Suite 800, Washington, D.C. on February 17, 2005 following proper notice. The following appearances were made:

> For the Union: Martin R. Ganzglass, Attorney
>
> For the Company: No one.

At the hearing, the following facts were adduced by the Union:

1. Original Notice of the hearing had been sent to and received by the Company.

2. At all times relevant hereto, the Company has been a signatory to collective bargaining agreements with the Union, requiring contributions to the Fund.

3. According to the Fund's records, the Company owes $2,228.17 for the months of January, March, November and December 2004, plus interest of $105.19 and liquidated damages of $484.23.

4. The Notice of Hearing, forwarded to and received by the Company, advised the Company that Section 4 of Article VI of the Agreement and Declaration of Trust of the Fund, which the Company has agreed to be bound by, permits the assessments of costs, hearing fees and interest due to the date of payments against delinquent companies. The Notice further indicated that interest would be assessed at the rate of prime plus 1% or 8%

whichever is greater, and liquidated damages of 20% of the uncollected amounts owed, plus costs and attorneys' fees.

II. **AWARD**

1. The Company is, in fact, delinquent in its contributions to the Fund in the estimated amount of $2,228.77 for the months of January, March, November and December 2004 and is directed hereby to pay a total of $2,228.77 to the Fund forthwith together with interest at the rate of prime plus 1%, or 8% whichever is greater, continuing until such time as payment is made in full, plus prior total interest of $105.19 plus total liquidated damages of $484.23.

2. The Company is directed to submit, together with the payments, the appropriate monthly reports of contributions, as required by the collective bargaining agreement.

3. This Award confirms the estimated amount of delinquency, as set forth above, subject to verification and accounting by an agent designated by the Fund or the Union.

4. The Company is directed to remain current in its contributions to the Fund and, upon failure to do so, the Arbitrators will direct the Fund's legal counsel to demand payment based upon this Award and, if it is not forthcoming, to immediately institute legal proceedings to enforce this Award.

5. The Company is further assessed costs of this Arbitration of $120.00 and legal fees of $100.00.

Dated this 22nd day of February 2005.

_____  _____
MALCOLM L. PRITZKER, Arbitrator    KURT FREEMAN, Arbitrator

G:\SRDF\DELINQS\L-Q\PublicationPrinting.ArbAward.Form05Feb.22.wpd