IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, TRUSTEE, AND PAUL ROSENBERG,TRUSTEE 1900 L Street, N.W. Washington, D.C. 20036, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. |
| | ) |
| PUBLICATION PRINTING COMPANY 2945 Washington Blvd. Saint Louis, MO 63101-1305, | ) _____ ) ) ) |
| Defendant. | ) ) |

---

## COMPLAINT

Plaintiff Graphic Communications Conference of the International Brotherhood of Teamsters Supplemental Retirement and Disability Fund (hereinafter referred to as the "Fund") and its Co-Chairmen Trustees, George Tedeschi  and Paul Rosenberg, complaining of the Defendant, allege as follows:

I.

JURISDICTION

1.      This is an action to collect delinquent payments to a multi-employer pension plan subject to the provisions of the Employee Retirement Income Security Act of 1974, 28 U.S.C., § 1000, et seq. ("ERISA").  This Court has jurisdiction of the action under § 502 of ERISA (29 U.S.C., § 1132).

II.

## THE PARTIES

2.      The Plaintiff Fund is established pursuant to agreements between Local 6506-M of the Graphic Communications Conference of the International Brotherhood of Teamsters, AFL-CIO, and Publication Printing Company, among other companies, in order to provide for pensions, disability and related benefits to employees covered by collective bargaining agreements between Local Unions and companies.  The Fund was and is an employee benefit plan within the meaning of § 3 (3) of ERISA (29 U.S.C., § 1002 (3)), and was and is controlled and managed by certain fiduciaries within the meaning of § 402 of ERISA (29 U.S.C., § 1102) and was and is engaged in providing benefits on behalf of covered employees, as provided for in the contract between Local 6506-M and the Defendant.  The Fund's principal place of business for such purposes is in the District of Columbia.  Plaintiffs George Tedeschi and Paul Rosenberg are Co-Chairmen of the Board of Trustees of the Fund.

3.      Upon information and belief, the defendant, Publication Printing Company is a Missouri corporation engaged in the business of commercial printing, maintaining its business at 2945 Washington Blvd., St. Louis, MO 63101-1305.   Defendant was and is an employer within the meaning of the term as defined in § 3 (5) of ERISA (29 U.S.C., § 1002 (5)).

III.

## CLAIM FOR RELIEF

4.      Plaintiffs re-allege each and every allegation contained in Paragraphs 1 through 3 above, as if fully set forth.

5.      Local 6506-M of the Graphic Communications Conference of the International Brotherhood of Teamsters, AFL-CIO,  as the collective bargaining representative of certain employees of the Defendant, entered into and maintained a written collective bargaining agreement at all times relevant hereto.

6.      The current collective bargaining agreement between the Defendant and Local 6506-M provides that the Defendant shall make monthly periodic contributions on behalf of its covered employees to the Fund.

7.      Commencing in January, 2004, Defendant became delinquent in making monthly contributions to the Fund in breach of the terms of the collective bargaining agreement and terms of the Agreement and Declaration of Trust on behalf of the Fund. Defendant was delinquent for a total of four (4) months in 2004: January, March, November, and December.  The Declaration of Trust permits the Trustees to assess interest and establish liquidated damages on delinquent amounts of monies owed and entitles the Trustees to recover all expenses for collection efforts and reasonable attorneys' fees.   Interest is assessed at the rate of prime plus one percent per annum, or 8% whichever is greater, and liquidated damages are set at 20% of the unpaid contributions.

8.      On February 7, 2005, the Fund notified Defendant by certified mail, return receipt requested, that, pursuant to the Fund's established procedures, an arbitration would be held on February 17, 2005 concerning the Defendant's delinquency to the Fund.

9.      The Arbitration was held on on February 17, 2005, by telephone conference call.   No representative of Defendant appeared at the Arbitration.

10.    Defendant was sent a copy of the Award by certified mail, return receipt requested, dated March 2, 2005. Defendant received the copy of the Award on March 9, 2005.

11.    The Award states that Defendant is delinquent for the months of January, March, November, and December 2004 and directs Defendant to pay $2,228.77 plus prior interest of $105.19 plus liquidated damages of $484.23.  The Defendant is also directed by the Award to remain current in its contributions.  A copy of the Arbitrators' Award is attached as Exhibit A.

12.    Defendant has failed to remain current in its contributions and now owes a total of $2,228.77 for the months of January, March, November, and December 2004 plus total prior interest of $105.19 and liquidated damages of $484.23.

13.    Defendant has violated §§ 502 (a)(3) and 515 of ERISA in that it is delinquent in its contributions to the Fund for the months of January, March, November, and December 2004 in violation of the collective bargaining agreement, the Agreement and Declaration of Trust, and in that it has failed to comply with the Arbitrators' Award.

WHEREFORE, the Plaintiffs pray that this Court enter judgment in their favor and against Defendant Publication Printing Company pursuant to the provisions of § 502 (g)(2) of ERISA, 29 U.S.C. § 1132 (g)(2) in the amount of $2,228.77 plus any amounts for any delinquencies subsequent to the filing of this case but prior to entry of a final order, plus prior interest of $105.19, liquidated damages of $484.23, costs and fees, as provided for in the Arbitration Award of $220.00, and such additional costs and reasonable attorneys' fees and such other relief as the Court deems proper.

-4-

O'DONNELL, SCHWARTZ & ANDERSON, P.C.


By:_____
        Martin R. Ganzglass
        1900 L Street, N.W., Suite 800
        Washington, D.C.  20036
        (202) 898-1824
        D.C. Bar No. 024174


Attachment:   Exhibit A, Arbitrators' Award