UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, Trustee; and PAUL ROSENBERG, Trustee 1900 L Street, N.W. Washington, DC 20036,<br><br>                            Plaintiff,<br>      v.<br><br>PUBLICATION PRINTING COMPANY 2945 Washington, Blvd. St. Louis, MO 63101-1305<br><br>                           Defendant. | Civil Action No.<br>1:05CV01191-RJL |

## AFFIDAVIT OF SERVICE

I, Niki Goins, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 20, 2005, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

Publication Printing Company
2945 Washington Blvd.
St. Louis, MO 63101-1305

A true copy of the signed return receipt is attached.

Dated: 7/20/05

                                                        Niki Goins

MCA000033001