UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, Trustee; and PAUL ROSENBERG, Trustee 1900 L Street, N.W. Washington, DC 20036<br><br>Plaintiffs,<br><br>v.<br><br>PUBLICATION PRINTING COMPANY 2945 Washington Blvd. St. Louis, MO 63101-1305<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:05CV01191-RJL<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __20th__ day of __July__, 2005, that I am the attorney of record for the plaintiffs in the above-entitled case; that the defendant, __PUBLICATION PRINTING COMPANY__, was:

[personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgement Form was signed by addressee):

__June 20, 2005_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____.]

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Martin R. Ganzglass

_[signature]_

Attorney for Plaintiff    [signature]
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1900 L Street, N.W., Suite 800
Bar Id. Number: __024174__    Washington, DC 20036    202-898-1824

MCA000034001