Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IGRAPHIC COMMUNICATIONS OF THE
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
SUPPLEMENTAL RETIREMENT AND DISABILITY
FUND, et al.

    Plaintiff(s)

V.

                                                                            Civil Action No. 05-1191 (RJL)

PUBLICATION PRINTING COMPANY

    Defendant(s)

RE: **PUBLICATION PRINTING COMPANY**

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 20, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of July, 2005 declared that: defendant is in default.

                                                         NANCY MAYER-WHITTINGTON, Clerk

                                                         By: *Jackie Tranes*
                                                                      Deputy Clerk