UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**GRAPHIC COMMUNICATIONS CONFERENCE OF**
  **THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS**
  **SUPPLEMENTAL RETIREMENT AND DISABILITY FUND, et al.**
**1900 L Street, N.W.**
**Washington, D.C. 20036,**

                                                              Civil Action
                    **Plaintiffs,**                   No. 1:05CV-01191 (RJL)

        **vs.**

**PUBLICATION PRINTING COMPANY**
**2945 Washington, Blvd.**
**St. Louis, MO 63101-1305**
                    **Defendant.**

---

### MOTION FOR DEFAULT JUDGMENT

      Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs Graphic Communications Conference of the International Brotherhood of Teamsters Supplemental Retirement and Disability Fund, et al. (the "Fund"), move this Court for a default judgment against Defendant Publication Printing Company. The grounds for this motion are as follows:

1.      This is an action to collect delinquent payments to a multi-employer pension plan subject to the provisions of the Employee Retirement Income Security Act of 1974, 29 U.S.C., Sec. 1000 et seq. ("ERISA"). This Court has jurisdiction of the action under Section 502 of ERISA, 29 U.S.C., Section 1132.

2.      The Clerk of the Court has found Defendant to be in default under Rule 55(a) of the Federal Rules of Civil Procedure because Defendant has not filed an answer in this case.

3. Under both the rules of the Fund and Section 502(f) of ERISA, participating employers who become delinquent in their contributions are liable to the Fund for both the unpaid contributions and:

    (a) The Fund's attorney's fees and costs in litigation to collect contributions;

    (b) Interest calculated at 1% above the selected prime rate published in <u>The Wall Street Journal</u> on the 15th day of the month in which the delinquency commenced or 8%, whichever is greater, and the interest shall be imposed upon the unpaid balance from the due date of the contribution; and

    (c) Liquidated damages in an amount equal to the greater of:

        (i) An amount determined the same as the interest in subparagraph (b) above; or

        (ii) 20% of the unpaid contributions; or

        (iii) Such higher percentage as may be permitted under federal or state law.

4. As stated in the accompanying affidavit of Kathleen Hale, Office Manager of the Fund, the delinquent contributions owed by the Defendant total $2,331.70 from January, March and November 2004 and May 2005.

5. As stated in the accompanying affidavit of Martin R. Ganzglass, legal counsel to the Fund, the Fund has incurred $370.00 in costs and $568.10 in attorney's fees in this action.

6. Also as stated in the accompanying affidavit of Kathleen Hale, the Fund's liquidated damages are $466.34 and the interest on the delinquent contributions is $199.75 for the period from January, March and November 2004 and May 2005.

7. The Complaint seeks enforcement of the Arbitrator's Award which requires the Defendant to remain current in its contributions and requests the Court to require payment of any

delinquencies subsequent to the filing of this case and prior to the entry of a final Order.

WHEREFORE, Plaintiffs ask that this Court enter judgment against Defendant Publication Printing Company in the amount of $3,935.89 .

> Respectfully submitted,
>
> O'DONNELL, SCHWARTZ & ANDERSON, P.C.
>
> By_____
>   Martin R. Ganzglass, Bar 024174
>   1900 L Street, N.W., Suite 800
>   Washington, D.C. 20036
>    (202) 898-1824

G:\SRDF\DELINQS\L-Q\PublicationPrintingmotiondefaultjudgment.05Sep6.wpd