UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GRAPHIC COMMUNICATIONS CONFERENCE OF
  THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS
  SUPPLEMENTAL RETIREMENT AND DISABILITY FUND <u>et al.</u>
1900 L Street, N.W.
Washington, D.C. 20036,

              **Plaintiffs,**

vs.

PUBLICATION PRINTING COMPANY
2945 Washington Blvd.
St. Louis, MO 63101-1305

              **Defendant.**

Civil Action
No. 1:05CV-01191 (RJL)

---

### AFFIDAVIT OF MARTIN R. GANZGLASS

MARTIN R. GANZGLASS, being duly sworn, deposes and states as follows:

1. I am counsel to the Graphic Communications International Union Supplemental Retirement and Disability Fund <u>et al.,</u> (the "Fund"), Plaintiffs in this action.

2. The Fund has incurred a total of $938.10 in attorney's fees in this action. This total is calculated as follows:

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 6/8/05 | Draft Complaint, summons, civil action cover sheet | .80 | $52.00 |
| 6/13/05 | Revise Complaint | 1.30 | $84.50 |

| | | | |
|---|---|---|---|
| 6/16/05 | Draft letter to Clerk re: Service of process; review complaint and correspondence; Draft letter to Defendant re: Complaint | 0.67 | $120.60 |
| 7/19/05 | Draft Affidavit for Default and Default; draft cover letter to Clerk | 1.40 | $ 91.00 |
| 9/6/05 | Draft Motion for Default, Memorandum, Affidavits and Certificate of Service | 2.50 | $220.00 |
| | | TOTAL | $568.10 |

3.   In addition, the Fund has incurred costs in this case of $150.00 filing fee for this action and $220.00 for the cost of hold up the arbitration.

FURTHER AFFIANT SAITH NOT.

_____
Martin R. Ganzglass
FUND COUNSEL

**Notary's Statement**

City of Washington   )
                     ) SS.
District of Columbia  )

Sworn to before me this
\_\_\_\_\_day of _____, 200\_\_


_____
NOTARY PUBLIC

My Commission Expires_____