UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GRAPHIC COMMUNICATIONS CONFERENCE OF
   THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS
   SUPPLEMENTAL RETIREMENT AND DISABILITY FUND <u>et al.</u>
1900 L Street, N.W.
Washington, D.C. 20036,

                                             **Plaintiffs,**

    vs.

PRINTING PUBLICATION COMPANY
2945 Washington Blvd.
St. Louis, Mo. 63101-1305

                                             **Defendant.**

Civil Action
No. 1:05-cv-01191 (RJL)

---

## **AFFIDAVIT OF KATHLEEN HALE**

KATHLEEN HALE, being duly sworn, deposes and states as follows:

1. I am the Office Manager of the Graphic Communications Conference of the International Brotherhood of Teamsters Supplemental Retirement and Disability Fund (the "Fund").

2. Under the Fund's rules, currently in force, a delinquent company is liable to the Fund for:

    (a)    the Fund's attorney's fees and costs in litigation to collect contributions;

    (b)    interest calculated at the rate of eight percent, as the prime rate plus 1% based whichever greater, upon the selected prime rate as published in <u>The Wall Street Journal</u> on the 15th day of the month in which the delinquency commenced and imposed from the due date of the contribution until payment; and

    (c) Liquidated damages in an amount equal to the greater of:

      (i)    an amount determined the same as the interest in subparagraph (b) above; or

      (ii)   20% of the unpaid contributions; or

      (iii)  such higher percentage as may be permitted under federal or state law.

3.    According to the Fund's records, maintained in the normal course of business, Defendant Publication Printing Company is delinquent for the months of January, March and November 2004 and May 2005, owing $2,331.70 .

4.    The Defendant also owes liquidated damages in the amount of $466.34 and interest of $199.75 for the period of January, March and November 2004 and May 2005.

FURTHER AFFIANT SAITH NOT.

_____
Kathleen Hale
FUND OFFICE MANAGER

**Notary's Statement**

City of Washington   )
                             ) SS.
District of Columbia  )

Sworn to before me this
8th day of September, 2005.


_____
NOTARY PUBLIC

My Commission Expires_____

G:\SRDF\DELINQS\L-Q\PublicationPrintinghaleaffidavit.05Sept1.wpd