# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, Trustee; and PAUL ROSENBERG, Trustee<br>1900 L Street, N.W.<br>Washington, DC 20036,<br>　　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>PUBLICATION PRINTING COMPANY<br>2945 Washington, Blvd.<br>St. Louis, MO 63101-1305<br><br>　　　　　　　　　　　　Defendant. | Civil Action No.<br>1:05CV01191-RJL |

## AFFIDAVIT OF SERVICE

I, Niki Goins, state that on September 8, 2005, I sent to the following party the motion for default judgment, memorandum of plaintiff's motion for default judgment, affidavit of Martin R. Ganzglass, affidavit of Kathleen Hale and default judgment by certified mail, return receipt requested,

Brian Wade, President
Publication Printing Company
2945 Washington Blvd.
St. Louis, MO 63101-1305

.

Dated: 9/8/05

　　　　　　　　　　　　　　　　　　　　　　　　　Niki Goins