UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAPHIC COMMUNICATIONS CONFERENCE OF
  THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS
  SUPPLEMENTAL RETIREMENT AND DISABILITY FUND et al.
1900 L Street, N.W.
Washington, D.C. 20036,

                Plaintiffs,

Civil Action
No. 1:05CV-01191(RJL)

vs.

PUBLICATION PRINTING COMPANY,
2945 Washington Blvd.
St. Louis, MO 63101-1305
                Defendant.

## DEFAULT JUDGMENT

Plaintiff Graphic Communications Conference of the International Brotherhood of Teamsters Supplemental Retirement and Disability Fund, et seq., having moved this Court for an Order granting it a default judgment against Defendant Publication Printing Company., the Defendant having previously been found in default and having filed no opposition to said Motion, and the Court being fully advised on the Motion,

IT IS ORDERED AND ADJUDGED that Plaintiffs recover of Defendant Publication Printing Company. $3,935.89 which represents the Defendant's delinquent contributions, plus the interest, liquidated damages, costs and attorney's fees incurred by the Plaintiff to date. Plaintiff may apply to this Court for an award of any additional interest, attorney's fees or costs incurred in collecting this Judgment.

Dated at Washington, D.C, this **31st** of ~~September~~ **March '22** ~~2005~~.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

Brian Wade, President
Publication Printing Company
2945 Washington Blvd.
St. Louis, Mo 63101-1305